IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                   Plaintiff,<br><br>v.<br><br>SEELEY, et al.,<br><br>                   Defendants. | **MEDIATION CONFERENCE REPORT**<br><br>Case No.  2:11-cv-00907-CW-BCW<br><br>District Judge Clark Waddoups<br><br>Magistrate Judge Brooke C. Wells<br><br>Mediator: Hon. Evelyn J. Furse |

      Magistrate Judge Brooke C. Wells referred this case to Magistrate Judge Evelyn J. Furse for a mediation conference pursuant to civil rule 16-2 of the United States District Court for the District of Utah Rules of Practice.[1]  The parties participated in a mediation conference on September 6, 2012, from 9:00 a.m. until 12:00 p.m. and September 11, 2012, from 2:00 p.m. until 3:00 p.m.  Plaintiff Securities and Exchange Commission ("SEC") participated in person through Thomas Melton, Gregory Kasper, and Nicholas Heinke.  Pro se defendants Christopher Seeley and Justin Dickson participated in person.  Plaintiff and defendant Seeley reached a settlement agreement pending approval by the SEC.  Plaintiff and defendant Dickson did not reach a settlement agreement and will submit a motion to amend the scheduling order to reset deadlines shortly.

      DATED this 12th day of September, 2012.

BY THE COURT:

*/s/ Evelyn J. Furse*
EVELYN J. FURSE
United States Magistrate Judge

---

[1] *See* Docket No. 31.